In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-04-224 CV


____________________



RONNIE GRAY LEBLANC, Appellant



V.



VICKI ANNETTE LEBLANC, Appellee






On Appeal from the 317th District Court


Jefferson County, Texas


Trial Cause No. C-181538






MEMORANDUM OPINION (1)


 Ronnie Gray LeBlanc, appellant, filed a request to dismiss this appeal. The Court
finds that this motion is voluntarily made by the appellant prior to any decision of this
Court and should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice
of appeal. The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED.

 PER CURIAM


Opinion Delivered February 17, 2005

Before Gaultney, Kreger and Horton, JJ.
1. Tex. R. App. P. 47.4.